FILED
U.S. District Court
District of Kansas

FEB 0 6 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Carl E.Watson _____ )
)
_____ )
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )        Case Number___6:24-cv-1022-EFM-BGS___
)
Optum Headquarters _____ )
Name )
11000 Optum Circle _____ )
Street and number )
Eden Prairie, MN 55337 _____ )
City            State            ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff Carl E. Watson _____

Address 7130 W. Maple St., Ste 230 _____

PMB 241 _____

Wichita, KS 67209 _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant Heather Ciafrocco                                                                      is

employed at Optum [President] Headquarers,11000 Optum Circle,

Eden Prairie, MN 55347

C.    Additional Defendants Christ Zaetta, [Chief Legal Officer] at headquarters.


D. VA secretary is responsible for hiring this contractor.


II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _____ Kansas _____ .

2.    The first-named defendant above is either

a.  a citizen of the State of _____; or

b.  a corporation incorporated under the laws of the State of

_____ Minnesota _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.


3. The second-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of

_____ Minnesota _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

The other Defendant is the Department of Veterans Affairs,

At: 810 Vermont Ave., NW,

Washington, DC 20420.

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☑ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☑ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

ADA of 1990

HIPAA of 1973

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

In October 2023 the contractor Optum notified me here in Wichita and for me to

come for an examination about my cervical IVDS and Range of Motion measuren

nts. I visited the location near to my residence and I informed the secretary that

I needed a later appointment, then she gave me a phone number and indicated

that she would email the examiner. I signed up online asking for a later appt.

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

It is against the ADA and HIPPA not to accommodate me so this company and

the examiner both discriminaed against me costing me monetary benefits. The

ROM was the only thing missing for my disability claim.

V.      Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]    No [ ]

VI.     Do you claim actual damages for the acts alleged in your complaint?
Yes [X]    No [ ]

VII.    Do you claim punitive monetary damages?   Yes [X]    No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

There is a $175,000 award that I am owed for an initial violation.

I was supposed to be a ROM measurement for my disability claim for my neck

IVDS which suffers with six of my several verterbraes suffering with "Narrowness'

based on my x-rays, CT scan and MRI's taken in 2014, 15 and 2017 that would h

have completed my entire neck evaluation as my lower back has already been

granted in 2020 as service connected. Worth much more with benefits.

4

VIII.    Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☐

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

With the VA in 2021 with the1155 and denied in October 2022.

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☑    This cause, or a substantially equivalent complaint, was previously filed in this court as case number 6:23-01109-HLT-GEB and assigned to the Honorable Judge Teeter                    .

☐    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

s/ C.E. Watson
Signature of Plaintiff

Carl E. Watson
Name (Print or Type)

7130 W Maple St., Ste 230, PMB 241
Address

5

Wichita, KS  67209
_____
City              State              Zip Code

(316) 794-9448
_____
Telephone Number


## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita,    [ ] Kansas City , or    [ ] Topeka } , Kansas as the
                                          (Select One)

location for the trial in this matter.

s/ C.E. Watson
_____
Signature of Plaintiff


## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or    [ ] No } 
                                        (Select One)

s/ C.E. Watson
_____
Signature of Plaintiff

Dated: 01/24/2024
(Rev. 10/15)

6



FROM:     (316) 794-9448
CARL WATSON

3401 N GREAT PLAINS DR RM 110

WICHITA KS 67220
US

SHIP DATE: 05FEB24
ACTWGT: 0.50 LB
CAD: 6992355/SSF02460
DIMMED: 13 X 12 X 1 IN

BILL 3rd PARTY

TO **United States District Court**
**Clerk's Office**
**401 N. Market**

**Wichita KS 67202**      **(US)**

(316) 315-4200     REF:
INV:
PO:        DEPT:



**FedEx**
Ground

**G**

TRK# **2705 6453 0161**

**67202**

9622 0417 3 (000 000 0000) 0 00 2705 6453 0161



RECEIVED
FEB 06 2024
By_____



361-3588